U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
NOV 19 2026
FILED/REC'D
CLERK OF COURT

# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ________________ DISTRICT OF ______________________**

(Full name of ~~plaintiff(s)~~)

Mister Jason Wayne
Naillieux

vs

Case Number:

___________________________

(to be supplied by clerk of court)

(Full name of defendant(s))

Municipal Court

A. PARTIES

1. Plaintiff is a citizen of United States of America and resides at
(State)

Homeless
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant COURT
(Name)

is (if a person or private corporation) a citizen of United States of America
(State, if known)

and (if a person) resides at UNKNOWN
(Address, if known)

and (if the defendant harmed you while doing the ~~defendant's job~~ Alleged defendant JOB.)

worked for Municipal Court
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Please see attached.

Note: the Judge of the Espionage and Treason Hearing told me to tell the federal law court 'A felony' is also a crime called a misdemeanor. 'Treason and Espionage is a act a behavior that is also Labors of the legal employment refusal to perfome municipal court.

Going to the suit of sueingings a court.

Hello Lanford, Rhonda L.

Hello my name is Mister Jason Wayne Naillieux and I am the owner of a criminal matter that involves legal employees who are the criminal the commissioners of crime the profiteers of crime and the abusers and injurers and sexual act action and behaviors crime. The law and its order is simple and do not require a ally translator or accountant and so I do not have one and never used one. No court and no law employee is to be taking or corresponding with any other people only me myself I and my you. I am no employeed in the unitede satstes of america under ther unitede satstes of america or any of the municipal flages.

The capital demand of the united states of america secretaries the state of wisconsin city of madison secretary of state treasury of the united states capital treasuries is a contractual obligation of the secretaries within the united states of america and their unity in the formation of united states and the treasury and treasuries from criminal prosecution of injury and slander wears at one point in time the land known as china took a national stand against me with their military as a nation and militant stand against crime from a product in investment investment control so to control the money purchasing in investment and otherwise. Since then china has performed there full investigation of the circulating document and documents of patent and creation and has apologized against the behast of the land the united states of america for passing slander and the theory of criminal deeds a as thought in lie of a treason. Where the secretaries of the united states of america and the united states state secretary have confessed to derogatory and slander by documenting constructions and official office employments theory of job responsibilitys. The land chinas apology and investigation is within the law standard of individual ownership is for myself and not the land or its law structure the unity or the united states or the united states of america as explained by them as them being a victim of lies abuses and crime by the united states of america a treason attempt at espionage and the such.

The state of wisconsin city of madison secretary of state formality and official obligation is not a term condition of the contractual agreement with the secretaries of states it is a formality uniformity obligation of the employment position a labor duty at the demand of the people or the property owner.

The state of wisconsin and the theory of its municipal has been criminally charged with theft of investment property and its theory in its possession and request for its creation covered in the treason and attempted espionage and desertion charges explanations to the land of China in the court proceedings of a apology in behast from improper and illegal courts theories of the united states of americas court structure such as employees using structure documents as though there labor duty witnessing document and mental thought writings of explanations in place of structural law forms and structural labor duty witnessing legal forms and attempting to enforce legal municipal bey structures to prevent national and world investments and ownership of property with slander against innocence and false witnessing of criminal deeds or patent ownerships the placing of foreign lands and legal and lawful

discussions with the body of the united states of america supreme court a unlawful court for national or foreign land law or law & order.

I being the owner of the matter where china took a national stand against me with their military as a nation and militant stand against crime have the documents where the secretaries of states and the united states of america secretary confessed to holding a legal obligation to record people in the communitys files where united states of america is in court by illegal action acts and behaviors of treason and attempted espionage where the united states of america govering is the file compiled and having access to capital treasuries by the united states of america treasury department witch are given to all regardless if fitting the category of its distribution that is separate state funds and state capitol for state labor and improvements or intilesment funds of state or states people.

The united states of americas uniformity documents to formally and officially meet with the secretary of state covers the categories and law body forming of such acts and behaviors as treason and espionage being taken against a foreign country and a foreign country defended themselves in the court of law against the united states of americas criminal ill begotten deeds and the court under law and order or and also the act action and behavior a crime called colluding and so the action of the municipal colluding against the court structure and the definition of colluding its criminal act and deed as courts of the municipal or throughout the district or throughout the circuits frauding the ownership and direction courts are to takes. Such defense against espionage and treason or the forming of the law body in court is a specific question detailedly organizing the labored responsibilities of the secretary of state as with the question of the states or states people and stateship larcening investment creations and being caught by the department of patent or the department of intelligence or the department of education to which I am a person of the interest in all four.

All members of the uniformity documents formalities explanation of the derogatory use for a formal and official meeting request with the secretary of state of the city of madison the state of wisconsin being the members of the legal positions governor mayor clerks secretary secretary of state and the united states of america secretary of state have been called for formal response of their criminal deed of colluding wheres the state I come from all formal members have not been charged for the criminal act of colluding and do not have state documents of the crimes of colluding from the state I come from but have correspondence documents from the state of wisconsin and the city of madison which is a unity of the states and a confession of the crime colluding which is a documentary proof and evidence and beyond reproach for the formal uniformity request of capital funds and which is a confession of uniform and municipal uniform and security uniform crimes of law enforcement or policing agencies the espionage to prevent the secretary of state formal unofficial meeting and the ability for the secretary of state to perform their legal sworn signed obligated duties.

I personally as the owner of the accounts of money have all three uniformity official and formality reasons to meet with the secretary of state and am not part of any of the crimes explained are crimes in the form its package or its derogatory criminal case filing. The unity of their uniformity sets and series of documents of their employment position belong to me and as the uniformity and formality documents of the courts of law and law and order within the municipal in the explanation of the crime of colluding

and the question of a criminal requesting to meet the secretary of state does not apply to me being that I have never committed a crime. As with identity theft identity mess use or identity misappropriation and the crime of disassociations of law by secretarial rape and sexual crimes where the clerk was raped of their procedural filing of confessions of judicial members covered in the treason and espionage filing the files thats supposed to be held and secure by the secretary of state which covers a crime happening and a person in the crime or the victim in the crime happening is not the person committing a crime nor a crime being committed by the person though a crime is happening and in circulation or revolving around the person. The treason and espionage charges from china prove Im not from their land not from their land mass and not a caucasian a sexual meeting with the translation of asia cock-asia or a molestation filing of disassociation from a white black brown person by the public status of the laws discussed publicly and not a group of categorical molesters gang member or organized crime member who filed discussions as public status as though the law is discussable or product liability coverage fraud by white black or brown people or a employee employed under the flag of the united states of america con con artist or conning frauding disassociating manipulating or misappropriating words sentences paragraphs documents of the ranks class and capability of their position employed in law and having no operation process procedure or no liability that is not a criminal punishment or not the fulfilling the job obligations and so no such thing as because crime the law and you could not take place all four covered in the formal and official meeting request for the secretary of state specifically explains tah the crime of making a decision is not part of the law or the law enforcement of a decision and is punishable by death and that all penalties of money of time or of the document and all penalties in the books of law and its order with the word penalty is a punishable by death act action or behavior whether of money of time or of the document or whether or not the legal employee can see where the death penalties fits into the filling and that all penalties of money of time or of the document are the formal and official unity of there uniformity in the codes books sentences titles and so on only for the death penalty. Witch was covered with the secretary of state the united states of america secretary of state by the court of law and order judge in the ongoing case of treason and espionage and by contract of the judge employment agreement governed by law to be covered with the ecretary of state.

The legal document packages of the legal document that are allowed into court in the court of law and order the document of judging orders what orders are what orders allowed and how orders are allowed says that the treason and espionage is a ongoing case and may be a life long case from legal employees thinking that property can be stolen and strife can come about it from crimes onto my property or propertys and so crimes about my identity or about abuses onto my person such a lies of crime and kidnapping and trafficking they call arrest within the country.

C. JURISDICTION

Bring to court - violation of municipal crime & also felony violation of federal law.

☑ I am ~~suing for a violation of federal law under 28 U.S.C. § 1331~~.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $__________________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want my time in court infront of a judge and the cases with legal documents not made up documents.

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this 19th day of November 20 26.

Respectfully Submitted,

[signature]

Signature of Plaintiff

_______________________________

Plaintiff's Telephone Number

JNaillieux1@Gmail.com

Plaintiff's Email Address

_______________________________

_______________________________

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.